JAMES F. MALCOLM, Appellant, *v.* HENRY F. HAMILL.

In the matter of the Receivership of CHARLES W. DAYTON, Respondent.

(Submitted June 19, 1883 ; decided June 26, 1883.)

*Stern & Myers* for appellant.

*John H. Cole* for respondent.

Agree to affirm ; no opinion.
All concur, except ANDREWS, J., absent.
Order affirmed.

---

HENRY MEIGS, Jr., Respondent, *v.* PATRICK McCANN et al., Appellants.

(Argued June 19, 1883 ; decided June 26, 1883.)

*John J. Macklin* for motion.

*R. S. Newcombe* opposed.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

EDWARD HINCHIN et al., Respondents, *v.* EDWARD D. FAMES, Appellant.

(Argued June 19, 1883 ; decided June 26, 1883.)

*D. T. Walden* for motion.

*E. H. Benn* opposed.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.